IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERALD J. LOFARO, | |
| Plaintiff, | Case No.: 1;23-cv-15995 |
| v. | Judge John J. Tharp, Jr. |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Beth W. Jantz |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 183 | Xu's Home Decor |
| 55 | VTH Global |
| 116 | Taiyuanniaoxin |
| 86 | Airesgosojun |
| 171 | BBchose |
| 54 | Furu Jewelry |
| 172 | Baby Photo |
| 17 | zhongraoshangmao |
| 64 | huaxiao5dip-us |
| 79 | anna diamond painting shop |
| 83 | Panda Legends |
| 23 | quanzhoushihuaicongwangluokejiyouxiangongsi |
| 24 | UZZUHI |
| 75 | chitingfuzhuang |
| 76 | CHULIMO |
| 77 | YANZHIDIY |
| 85 | Yzaoxia |
| 87 | quanzhoushilichengqukuabadianzishangwuLtd |
| 91 | quanzhoushichunzewangluokejiyouxiangongsi |
| 92 | Xoenoiee US |
| 93 | bigcardesigns |
| 94 | quanzhoulichengbaitingdianzishangwuyouxiangongsi |

| | |
|---|---|
| 95 | quanzhoubaoweixieyeyouxiangongsi |
| 96 | Freewander |
| 97 | haobeiclothes |
| 98 | KUIFORTI |
| 100 | TODIYADDU |
| 101 | HUGSIDEA |
| 106 | ZIATUBLES |
| 123 | JOAIFO |
| 150 | UNICEU |
| 151 | Belidome |
| 158 | PZZ |
| 159 | JUNYANSTORE |
| 184 | doginthehole |
| 182 | UPmall Direct |
| 52 | Continent Link Ltd |
| 110 | ZHONKUI |
| 121 | iQKA |
| 89 | xiangchengshinuotairiyongbaihuodian |
| 29 | Zenladen LLC USA |
| 181 | TripStan |
| 189 | Xoenoiee Official Store |
| 190 | Pzuqiu |
| 191 | Renewold |
| 192 | NETILGEN |
| 197 | FKELYI |
| 30 | Chamberlain Home Customization |
| 31 | Summer Sunny Home Design |
| 41 | Ooboom |
| 193 | Sagestore |
| 194 | Mishuowoti |
| 195 | AIYUQ.U INC |
| 57 | PIERCARLO ZANDRINOm |
| 138 | Rstick |
| 166 | MongNuan |
| 170 | Liz House |
| 175 | wuhanshimatianfuwangluokejiyouxiangongsi1 |
| 176 | BaiyiNA |
| 21 | QQMARKET |
| 196 | HeZeFengGangWang |
| 108 | Scceatti（7-14 days delivery） |
| 34 | DEQIYIJI |
| 185 | cmamzon2013 |
| 32 | Personal Security |
| 4 | SunFlower UK |
| 187 | VEGCOO Co.ltd |

DATED: December 25, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on December 25, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt